**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN K. DOUTHIT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-143-MTS |
| ) | |
| SHEPPARD, MORGAN & ) | |
| SCHWAAB, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiffs' Motion for Reconsideration. Doc. [21]. Plaintiffs request the Court to reconsider its April 28, 2023, Memorandum and Order granting Defendant's motion to dismiss part of Plaintiffs' claims. Doc. [15]. "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Arnold v. ADT Sec. Servs., Inc.*, 627 F.3d 716, 721 (8th Cir. 2010) (quoting *Hagerman v. Yukon Energy Corp.,* 839 F.2d 407, 414 (8th Cir. 1988)). Plaintiffs' Motion for Reconsideration presents no new evidence, argument, or other reason justifying relief from the Court's prior order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration, Doc. [21], is **DENIED**.

Dated this 23rd day of May, 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE